IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALAN KEPO'OMAIKALANI MACHADO-AVILLA; DEBBIE MACHADO, <br><br> Plaintiffs, <br><br> vs. <br><br> THE DORIS DUKE FOUNDATION FOR ISLAMIC ART; DOES DEFENDANTS 1-4, <br><br> Defendant. | CV 12-00170 LEK-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 02, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendant Doris Duke Foundation for Islamic Art's Petition for Determination of Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 22, 2013.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ALAN KEPO`OMAIKALANI MACHADO-AVILLA, ET AL. V. THE DORIS DUKE FOUNDATION FOR ISLAMIC ART; CIVIL NO. 12-00170 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**